**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
YEHUDAH TZIYON KEISH MILCHAMOT,

                        Petitioner,

      -against-                                        25 **CIVIL** 4971 (KMW)

**JUDGMENT**

NEW YORK CITY DEPT. OF CORRECTIONS,

                        Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 11, 2025, the Court denies Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 and repeats the warning issued in Milchamot v. Chief Bronx Dist. Attorney, No. 25-CV-1157 (S.D.N.Y. Mar. 31, 2025) (Cronan, J.). Because Petitioner has not made a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

        July 15, 2025

                                                         **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                         **BY:**

                                                           **Deputy Clerk**